Total Pages: 2
James E. Salven
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, CA  93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In the Matter of

Lloyd & Alice Morelock,

Debtor(s).

Case No. 10-17858-A-7

Chapter 7

DC No. JES-2

**TRUSTEE'S MOTION TO SELL PROPERTY OUT OF THE ORDINARY COURSE OF BUSINESS AT PUBLIC AUCTION (11 U.S.C. Sec. 363(b)(1);(f))**

Date: April 16, 2014
Time: 9:00 a.m.
Dept: A

James E. Salven, Chapter 7 Trustee, ("Trustee"), moves the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1334(a). This is a "core" proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A), (N).

2. This case was converted to a Chapter 7 from a Chapter 13 on or about 11/19/2013. James Salven was appointed Chapter 7 Trustee on or about 11/19/2013.

3. The assets of the estate the trustee wishes to sell at auction are: **1977 Tioga motor home, VIN: G4787S6028; five (5)**

Case 10-17858    Filed 03/18/14    Doc 70

vending machines; three guns: one (1) rifle; one (1) 12 gauge shot gun; one (1) 20 gauge shot gun.

    4.   The Trustee wishes to sell the subject assets so that the proceeds can benefit the estate. The estate has elected to sell the subject assets by means of a public auction to be held on Tuesday, April 22, 2014 beginning at 5:30 p.m., at Baird's Auctions, located at 1328 N. Sierra Vista, Suite B, Fresno, California.

    5.   The Trustee believes that the sale is in the best interest of the estate.

    6.   The property proposed to be sold constitutes a portion of the personal property in possession of the debtors at the time the case was filed.

**WHEREFORE,** Movant prays as follows:

    1.   For an Order approving the public auction sale of the subject property described above, to be held on Tuesday, April 22, 2014, at 5:30 p.m., at 1328 N. Sierra Vista, Suite B, Fresno, CA, and;

    2.   For such other and further relief as the Court deems just and proper.

Dated: 3/18/14

                                     James E. Salven, Trustee